# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH EX REL. DONALD SHEA | : | No. 19 MM 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEPUTY PROTHONOTARY OF THE PENNSYLVANIA SUPREME COURT | : | |
| | : | |
| | : | |
| PETITION OF: DONALD SHEA | : | |

## ORDER

**PER CURIAM**

AND NOW, this 20th day of April, 2020, the "Petition for Extraordinary Relief at King's Bench" is DENIED.